**STATEMENT OF FACTS**

On or about December 19, 2013 ATF agents executed a search warrant for XXXX X XXXXXX, X.X., Washington, DC where the defendant, Kehinde Hall resides. During a search of the defendant's residence, the following items were recovered: a Smith and Wesson, 9mm caliber pistol and fifteen (15) suspected ecstasy pills were recovered from the defendant's bedroom; one bottle containing eight to ten ounces of a liquid that field tested positive for PCP was recovered from the back porch that is adjacent to the master bedroom, three (3) vials of PCP and a PCP making kit, to include starter fluid, Inositol, baggies, a pill loader, 20 empty half ounce glass vials were recovered from the bathroom floor, a Motts bottle containing traces of PCP and 1 empty vial of starter fluid from an abandoned Mercury, located in the fenced back yard. Approximately $5,800 in U.S. currency was also recovered in the residence. The defendant admitted that he had been renting the row house for approximately one year and mail matter addressed to the defendant at the above address was also recovered from the residence. The defendant was placed under arrest. The amount of PCP and drug paraphernalia recovered is more consistent with possession with intent to distribute rather than mere possession.

_____
SPECIAL AGENT ANTHONY TOLOMEO
ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF DECEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE